Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
mgavron@diversitylaw.com

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODAS, as an individual and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> VS. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation; and DOES 1 through 50, inclusive, <br><br> DEFENDANTS. | CASE NO. 2:21-cv-07526-VAP-KES <br><br> **JOINT REPORT REGARDING SETTLEMENT** |

1

Plaintiff DANIEL RODAS ("Plaintiff") and Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Defendant" or "Goodyear") (Plaintiff and Defendant are referred to collectively as the "Parties"), respectfully provide their report regarding settlement pursuant to the Court's Order dated December 16, 2021 (Dkt. # 27).

In April 2022, the Parties participated in a global mediation with several other related cases. The Parties arrived at a proposed global settlement in June 2022, which includes various terms and conditions. The Parties are working to document the settlement and anticipate providing further information to the Court within the next 30 days.

Dated:  September 12, 2022            DIVERSITY LAW GROUP, P.C.

                                      By:  /s/ Max W. Gavron
                                           Larry W. Lee
                                           Max W. Gavron
                                           Attorneys for Plaintiff and the Class

Dated:  September 12, 2022            LITTLER MENDELSON P.C.

                                      By:  /s/Alexandra Bernstein
                                           SARAH E. ROSS
                                           ALEXANDRA BERNSTEIN
                                           Attorneys for Defendant
                                           THE GOODYEAR TIRE & RUBBER COMPANY

Pursuant to Local Rule 5-4.3.4, the filing party has obtained the authorization and approval of all signatures listed to file this document.