Larry W. Lee (State Bar No. 228175)
Max W. Gavron (State Bar No. 291697)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
mgavron@diversitylaw.com

Attorneys for Plaintiff and the Class

SARAH E. ROSS, Bar No. 252206
sross@littler.com
ALEXANDRA BERNSTEIN, Bar No. 327492
abernstein@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Fax No.:    310.553.5583
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

# UNITED STATES DISTRICT COURT

JS-6

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07526-VAP-KESx<br><br>Judge:    Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND TO REMAND THE MATTER TO STATE COURT IN LIGHT OF SETTLEMENT AND STAY ALL PROCEEDINGS PENDING REMAND**<br><br>Complaint Filed:  August 4, 2021<br>(Los Angeles County Superior Court |

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATON TO REMAND**

# [PROPOSED] ORDER

Having read and considered the Parties' Joint Stipulation to Remand this Action to the Los Angeles County Superior Court and GOOD CAUSE appearing, the Court hereby approves the Parties' stipulation and ORDERS as follows:

1. The above-captioned action, *Daniel Rodas v. The Goodyear Tire & Rubber Company*, shall be remanded to the Los Angeles County Superior Court.

2. All deadlines shall be vacated.

3. In the event the proposed global settlement is not finally approved, or is terminated, cancelled, or fails to become effective for any reason, the above-captioned action shall return to federal court.

**IT IS SO ORDERED.**

Dated: __9/23/22            _____
                                           HON. VIRGINIA A. PHILLIPS
                                           United States District Court Judge